USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1573 RAMON TORRES-GONZALEZ, Plaintiff, Appellant, v. GRACIANY MIRANDA-MARCHAND, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Ramon Torres-Gonzalez on brief pro se. _____________________ Graciany Miranda-Marchand on brief pro se. _________________________ ____________________ November 19, 1997 ____________________ Per Curiam. The district court properly dismissed __________ plaintiff's action on res judicata grounds. That plaintiff's 1992 action was dismissed before trial because plaintiff filed the action after the statute of limitations had run does not make preclusion principles inapplicable. One year statutes of limitations are treated as "substantive," not procedural, under Puerto Rico law. Febo Ortego v. Superior ___________ ________ Court, 102 P.R.R. 506, 509 (1974). Consequently, the _____ dismissal of plaintiff's 1992 action barred his present action. See, e.g., Rose v. Town of Harwich, 778 F.2d 77, 80- ___ ____ ____ _______________ 81 (1st Cir. 1985) (explaining that when a statute of limitations is a substantive limitation extinguishing the right of action, a dismissal on statute of limitations grounds constitutes a dismissal on the merits with res judicata effect). Affirmed. ________ -2-